# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CARRIE SUE MURPHY-FAUTH, | CV 17-79-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| BNSF RAILWAY COMPANY et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the hearing in this matter on Monday, November 27, 2017, at 3:00 p.m. is **VACATED**. Judge Johnston will contact the parties regarding rescheduling the hearing.

DATED this 20th day of November, 2017.

_____
Brian Morris
United States District Court Judge

1