IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

**FILED**
JUL 27 2018
Clerk, U.S District Court
District Of Montana
Great Falls

| | |
|---|---|
| CARRIE SUE MURPHY-FAUTH, <br><br> Plaintiff, <br><br> v. <br><br> BNSF RAILWAY COMPANY, a Delaware Corporation; ROBINSON INSULATION COMPANY, a Montana Corporation for Profit; and DOES A-Z, <br><br> Defendants. | CV-17-79-GF-BMM-JTJ <br><br><br> **ORDER** |

The Court has reviewed Plaintiff's Motion for Consolidated Status Conference filed on September 5, 2017. (Doc. 7.) The Court determines this motion to be moot. The parties shall look to the Scheduling Order filed on January 25, 2018, for all appropriate deadlines in this matter. (Doc. 59.)

Accordingly, **IT IS ORDERED** that Plaintiff's Motion for Consolidated Status Conference (Doc. 7) is **DENIED** as moot.

1

DATED this 27th day of July, 2018.

*Brian Morris*
Brian Morris
United States District Court Judge